

Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 910
Kuna, ID  83634
(208) 922-5100 - Telephone
(208) 922-5599  - Facsimile
kam@kam13trustee.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN RE:<br><br>RODNEY PARKER<br>HEIDI PARKER | CHAPTER 13<br><br>CASE NO.  08-01114-JDP |
|---|---|

TURNOVER OF FUNDS TO CLERK

The Court having Ordered distribution of the assets of the above-entitled case and funds remain after such distribution.  The Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below.

The following funds represent disbursement to debtors/creditors which were not claimed within ninth (90) days and are, therefore, paid to the Court pursuant to 11 U.S.C. Section 347(a):

| NAME AND ADDRESS OF CREDITOR | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|
| North Star Capital Acquistion LLC<br>170 Northpointe Parkway Ste 300<br>Buffalo, NY  14228 | 167895 | 06/21/2014 | $327.16 |
|  |  |  |  |
|  | TOTAL AMOUNT REMITTED |  | $327.16 |

  /s/  Kathleen McCallister
Kathleen McCallister, Trustee
Chapter 13 Trustee
Dated:   June 24, 2014

FEE PAID
R# 60590

TURNOVER OF FUNDS TO CLERK - 1